IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN DIVISION

2015 APR 16 PM 4:22

CLERK OF CIRCUIT COURT

**PAUL FORD and ANN FORD, for themselves and all Arkansas residents similarly situated**  PLAINTIFFS

vs.   CASE NO. CV-2014-273 (PH)

**CITIMORTGAGE, INC.**   DEFENDANT

### ORDER

Now on this 3rd day of April, 2015, come on to be heard the Motions for Admission to Practice Pro Hac Vice in the above-styled and numbered cause, and the Court, in consideration of the Motions and other matters presented, hereby grants the Motions and allows the appearances *pro hac vice* in this action of Lucia Nale, Thomas V. Panoff, and Joseph M. Callaghan of the law firm of Mayer Brown LLP in Chicago, Illinois, and Rik S. Tozzi of the law firm Burr & Forman, LLP in Birmingham, Alabama to practice before this Court in the above-styled cause.

**IT IS SO ORDERED.**

_____, Circuit Judge

Approved by:

_____
Joel Hargis
Attorney for Plaintiffs

_____
W. Lance Owens
Attorney for CITIMORTGAGE, INC.