IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL FORD and ANN FORD, for
Themselves and all Arkansas
Residents Similarly Situated                                        PLAINTIFFS

v.                              No. 3:15-cv-206-DPM

CITIMORTGAGE, INC.                                                  DEFENDANT

## ORDER

The Fords' motion to remand, № 30, is denied as untimely. 28 U.S.C. § 1447(c). It was filed on the thirty-first day after the notice of removal.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 September 2015