IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL FORD and ANN FORD, for
Themselves and all Arkansas
Residents Similarly Situated                                    PLAINTIFFS

v.                        No. 3:15-cv-206-DPM

CITIMORTGAGE, INC.                                               DEFENDANT

## ORDER

The Court has been delayed in getting to the pending motions by the press of other business. To maintain the status quo, Wilson & Associates' motion to quash, № 36, is granted with a caveat: Ford may pursue full discovery after the Court addresses the motion to dismiss and the class-related motions. The carried-over motion to quash, № 7, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 November 2015