IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL FORD and ANN FORD, for
Themselves and all Arkansans
Similarly Situated                                                          PLAINTIFFS

v.                          No. 3:15-cv-206-DPM

CITIMORTGAGE, INC.                                                    DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 July 2016